UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MORRISON URENA, L.C.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES DEPARTMENT OF  )<br>STATE  )<br>)<br>Defendant.  )<br>)<br>)  | Civil Action No. 22-3284 |

## JOINT STATUS REPORT

Plaintiff Morrison Urena, L.C., and Defendant United States Department of State ("the Department"), by and through the undersigned counsel, hereby provide the following joint status report in the above-captioned case, pursuant to this Court's Order of December 1, 2022. The Parties report as follows:

1. Plaintiff filed the Complaint in this action on October 27, 2022. Compl., ECF No. 1. Plaintiff seeks to compel Defendant to disclose documents requested pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*. The Complaint relates to an August 23, 2022, FOIA request for "records accessible to consular officers through the portal referenced in" a particular State Department cable between December 9, 2021, and August 23, 2022. Compl. Ex. D, ECF No. 1-4.

2. The Department is working to determine whether it has the capability to retrieve files from the portal on specific dates. Additional time is required to make that determination, as well as to make initial determinations regarding the resulting volume of records and the corresponding time required to process those records.

-2-

3. In the meantime, the Parties have been negotiating methods to reduce the scope and burden as well as reduce the amount of time until the Department can produce records. The Parties believe they have reached an initial compromise, which the Department is now investigating.

4. The Parties propose to file an additional Joint Status Report on or before March 31, 2023, and every 60 days thereafter as necessary, to inform the Court of the status of this matter, the state of Defendant's production, and any proposals on further proceedings as necessary.

Dated: January 30, 2023                                          Respectfully submitted,

By: */s/ Curtis Lee Morrison*                                    MATTHEW M. GRAVES
CURTIS LEE MORRISON                                              D.C. Bar No. 481052
CA BAR #321106                                                   United States Attorney
Morrison Urena, L.C.
8910 University Center Lane                                      BRIAN P. HUDAK
Suite 400                                                        Chief, Civil Division
San Diego, CA 92122
Tel: (323) 489-5688                                              By: */s/ Kartik N. Venguswamy*
curtis@morrisonurena.com                                         KARTIK N. VENGUSWAMY
                                                                 D.C. Bar No. #983326
*Counsel for Plaintiff Morrison Urena L.C.*                      Assistant United States Attorney
                                                                 601 D Street, NW
                                                                 Washington, D.C. 20530
                                                                 Tel: (202) 252-1790
                                                                 kartik.venguswamy@usdoj.gov

                                                                 *Counsel for Defendant*